UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-CR-00129-CV-1                                        Date: 02/28/2025

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

Interpreter Cecillia Aguirre                          Language Spanish

| Leah Krivitsky | 02/28/2025 | Robert Quealy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✓ Present  In Custody          Attorneys for Defendants:   ✓ Present  CJA

Eduardo Domingo Renoj-Matul                          Mark Windsor

**Proceedings: Arraignment of**    ✓ **Assignment of Case**       **Appointment of Counsel**
**Defendant and/or**               **Initial Appearance**

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Cecillia Aguirre; Language: Spanish

* Defendant states true name is the name on the charging document.

* Defendant is arraigned under name on charging document.

* Defendant acknowledges having read the charging document and discussed it with counsel.

* Defendant pleads "not guilty" to all counts of the charging document.

* This case is assigned to Judge Cynthia Valenzuela.

* It is ordered that the following date(s) and time(s) are set: Jury Trial-04/22/2025 at 9:00 a.m..
Pre Trial Conference-04/11/2025 at 10:30 a.m..

* Government counsel provides trial estimate of 10 days.

* Judge Valenzuela is located in 5D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA        PSAED        PSASA         **Initial Appearance/Appointment of Counsel:** 00   : 00
      ✓ USMLA      USMED        USMSA
      Statistics Clerk           ✓ Interpreter        **Arraignment:** 00   : 03
      ✓ CJA Supervising Attorney   Fiscal            **Initials of Deputy Clerk:** LK by TRB